# United States District Court
# For The Western District of North Carolina
# Statesville Division

JOHN FITZGERALD WITHERSPOON,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                           5:06CV24

USA,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/9/2006 Order.

                                        Signed: February 10, 2006

                                        Frank G. Johns, Clerk
                                        United States District Court